UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVE BLAKENEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:15 CV 1238 RWS |
| CITY OF PINE LAWN, MISSOURI, et al., | ) ) ) ) |
| Defendants. | ) |

# **ORDER**

On March 16, 2016, Plaintiff Steve Blakeney filed his fourth amended complaint. The complaint includes four claims under the Racketeer Influenced and Corrupt Organization Act (RICO), 18 U.S.C. §§ 1510 et seq. in Counts XXII, XXIII, XXV and XXVII. These claims were previously raised in Blakeney's third amended complaint. I dismissed these claims from the third amended complaint in my orders of February 16, 2016 and February 23, 2016. Because the RICO claims in the fourth amended complaint do not assert any additional facts or new grounds for relief I will dismiss these claims for the same reasons they were previously dismissed.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Steve Blakeney's claims in Counts XXII, XXIII, XXV and XXVII of his fourth amended complaint are **DISMISSED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2016.